M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JUL 10 A 9: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MITCHELL REESE )
Full name and prison name of )
Plaintiff(s) )
)
v. )    CIVIL ACTION NO. 3:07CV629-mht
OPELIKA POLICE )    (To be supplied by Clerk of U.S. District
DEPT ARRESTING )    Court)
OFFICERS. NAMES I )
DON'T KNOW )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) THEY DIDN'T READ ME
            MY RIGHTS, THEY ALSO SCARED ME

            Defendant(s) WITH THREATS, AND TOLD ME TO
            SIGN A PAPER SAYING YOU DID IT, THEY

        2.  Court (if federal court, name the district; if state court, name the county)
            SCARED ME TO SIGN WITH VERBAL THREATS,
            THATS THE ONLY REASON WHY I SIGNED IT.

3. Docket number ~~I DON'T KNOW IT~~ NONE
4. Name of judge to whom case was assigned ~~JUDGE REX~~ NONE
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) NONE
6. Approximate date of filing lawsuit NONE
7. Approximate date of disposition NONE

II. PLACE OF PRESENT CONFINEMENT LEE COUNTY JUSTICE CENTER.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED OPELIKA LEE COUNTY

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                              ADDRESS
1. OPELIKA POLICE DEPT. 501 SOUTH TENTH STREET
2. I DON'T KNOW THE NAMES OF ALL THE
3. OFFICERS INVOLVED, I ASK THEM THERE
4. NAMES BUT THEY REFUSED TO GIVE THERE
5. NAMES.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6/7/07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: THEY SINGLED ME OUT BECAUSE OF MY RACIAL BACK ROUND, (BLACK AMERICAN)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

RACIAL DISCRIMINATION, RACIAL SLURS BLACK NIGGER ETC,

GROUND TWO: THEY CONTINUESLY DEGRADED ME VERBALY

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT TO SUE THE ARRESTING OFFICERS, AND ALL CHARGES THAT I WAS ACCUSED OF OR ASSUMED OF TO BE DISMISSED, I WAS FALSELY ACCUSED OF ROBBERY IN THE FIRST DEGREE. IT WASN'T ME PLEASE! HELP ME.

*Mitchell Rees*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/28/07.
(Date)

*Mitchell Rees*
Signature of plaintiff(s)

Mitchell Reese
P.O. Box 2407
Opelika, AL 36801

Office of the clerk
United States district court
P.O. Box 711
Montgomery, AL 36101-0711

MONTGOMERY AL 361
09 JUL 2007 PM 2
USA 41